**IN RE: Catherine Denise RANDOLPH, Appellant.**

**In Re: Catherine Denise Randolph, Appellant.**

**No. 16-1653, No. 16-1885**

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

Catherine Denise Randolph, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER·CURIAM:

In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders returning her complaints because the complaints were not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED